```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 06816
   JAVIER BAZAN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8173


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/23/2004 and was confirmed 04/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/22/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
COUNTRYWIDE HOMES INC    CURRENT MORTG         .00             .00            .00
COUNTRYWIDE HOMES INC    MORTGAGE ARRE      8041.38            .00        8041.38
SECRETARY OF HUD         SECURED NOT I      8203.95            .00            .00
WORLD CREDIT PARTNERS    UNSECURED             .00             .00            .00
FISHER & SHAPIRO         NOTICE ONLY     NOT FILED             .00            .00
THOMAS R HITCHCOCK       DEBTOR ATTY       1,783.50                       1,783.50
TOM VAUGHN               TRUSTEE                                            558.60
DEBTOR REFUND            REFUND                                             116.94

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 10,500.42

PRIORITY                                            .00
SECURED                                        8,041.38
UNSECURED                                           .00
ADMINISTRATIVE                                 1,783.50
TRUSTEE COMPENSATION                             558.60
DEBTOR REFUND                                    116.94
                       --------------        --------------
TOTALS                  10,500.42              10,500.42




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 06816 JAVIER BAZAN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 06816 JAVIER BAZAN